

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00239-CR

_____

DWAYNE SHARLOW, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 2
Denton County, Texas
Trial Court No. CR-2022-5408-B

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal.[1]  Because we have not yet decided this case, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  February 15, 2024

---

[1]Appellant's motion did not include Appellant's signature indicating his agreement with the motion.  *See* Tex. R. App. P. 42.2(a).  Accordingly, we abated the appeal and ordered the trial court to conduct a hearing to ascertain whether Appellant desired to prosecute his appeal.  The trial court conducted such a hearing, and Appellant stated on the record that he did not want to move forward with his appeal.  The trial court subsequently made a written finding that "Appellant no longer desires to prosecute his appeal."